JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE GUTIERREZ,<br><br>Defendant. | CR NO. S-10-0371 JAM<br><br>ORDER CONTINUING SENTENCING<br><br>Date: May 8, 2012<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for March 13, 2012. Counsel for the parties requests that the date for judgment and sentencing be continued to May 8, 2012 at 9:30am.

2. The parties requests that the court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **5/8/12** |
| Reply, or Statement of Non-Opposition: | 5/1/12 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 4/24/12 |

1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 4/17/12 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 4/10/12 |
| The proposed Presentence Report shall be disclosed to Counsel no later than: | 3/27/12 |

Dated:  March 6, 2012                                /s/ John R. Manning
                                                     JOHN R. MANNING
                                                     Attorney for defendant
                                                     Jose Gutierrez


                                                     Benjamin B. Wagner
                                                     United States Attorney

Dated:  March 6, 2012                                 /s/  Heiko P. Coppola
                                                     HEIKO P. COPPOLA
                                                     Assistant United States Attorney

2

PDF created with pdfFactory trial version www.pdffactory.com

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. S-10-0371 JAM |
| Plaintiff, | |
| | ORDER CONTINUING SENTENCING |
| v. | |
| JOSE GUTIERREZ, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of defendant Jose Gutierrez be continued from March 13, 2012 to May 8, 2012 at 9:30 a.m. The court hereby adopts the schedule concerning the presentence report as stipulated to by the parties and set forth herein.

DATED: 3/6/2012

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES
DISTRICT JUDGE

3

PDF created with pdfFactory trial version www.pdffactory.com