JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOSE GUTIERREZ,<br><br>　　　　Defendant. | CR NO. S-10-0371 JAM<br><br>STIPULATION AND<br>ORDER CONTINUING SENTENCING<br><br>Date:　August 7, 2012<br>Time:　9:45 a.m.<br>Judge:　Hon. John A. Mendez |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for July 10, 2012. Counsel for the parties requests that the date for judgment and sentencing be continued to August 7, 2012 at 9:45 a.m. Counsel needs additional time to meet with defendant and review the presentence report. Additionally, Counsel for Mr. Gutierrez needs additional time to research and respond to information and calculations contained in the presentence report. The parties request that the court adopt the following schedule pertaining to the presentence report:

**Judgment and Sentencing date:**　　　　　　　　　　　　　　　**8/7/12**

Reply, or Statement of Non-Opposition:　　　　　　　　　　　7/31/12

Motion for Correction of the Presentence Report
Shall be filed with the Court and served on the

1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Probation Officer and opposing counsel no later than: | 7/24/12 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 7/17/12 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 7/10/12 |
| The proposed Presentence Report shall be disclosed to Counsel no later than: | n/a |

Dated: June 21, 2012  /s/ John R. Manning
JOHN R. MANNING
Attorney for defendant
Jose Gutierrez


Benjamin B. Wagner
United States Attorney

Dated: June 21, 2012  /s/ Heiko P. Coppola
HEIKO P. COPPOLA
Assistant United States Attorney

PDF created with pdfFactory trial version www.pdffactory.com

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSE GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOSE GUTIERREZ,<br><br>　　　　Defendant. | CR NO. S-10-0371 JAM<br><br>ORDER CONTINUING SENTENCING |

　　　GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of defendant Jose Gutierrez be continued from July 10, 2012 to August 7, 2012 at 9:45 a.m. The court hereby adopts the schedule concerning the presentence report as stipulated to by the parties and set forth herein.

DATED: 6/21/2012　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES
　　　　　　　　　　　　　　　　　　　　DISTRICT COURT JUDGE

3

PDF created with pdfFactory trial version www.pdffactory.com